STATE OF NEW JERSEY, DEFENDENT IN ERROR, v. HUBERT CROMWELL, PLAINTIFF IN ERROR.

Submitted March 22, 1923—Decided November 10, 1923.

On writ of error to the Burlington County Quarter Sessions Court.

Before GUMMERE, CHIEF JUSTICE, and Justices SWAYZE and TRENCHARD.

For the plaintiff in error, *Palmer & Powell.*

For the defendant in error, *Jonathan H. Kelsey,* prosecutor of the pleas.

PER CURIAM.

This case was argued with *State* v. *Michalis,* No. 9 of the same term. The only question presented here was disposed of adversely to the defendant in the opinion in State *v.* Michalis filed this day. See Advance Reports.

The judgment will be affirmed, with costs.